AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

**FILED**
**NOVEMBER 6, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**07 C 6296**

ROBERT D. LATTAS,

   PLAINTIFF,

   v.

MERCURY CAFE, INC.,

   DEFENDANT.

**APPEARANCE**

Case Number: **JUDGE FILIP**
**MAGISTRATE JUDGE ASHMAN**

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Robert D. Lattas, Plaintiff

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 11/6/2007 | S/David M. Jenkins |
| Date | Signature |
| | David M. Jenkins, Barone & Jenkins, P.C.     6211230 |
| | Print Name                                   Bar Number |
| | 635 Butterfield Road, Suite 145 |
| | Address |
| | Oakbrook Terrace      IL         60181 |
| | City                  State      Zip Code |
| | (630) 472-0037        (630) 472-0864 |
| | Phone Number          Fax Number |