### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| ROBERT D. LATTAS, individually and on behalf of a class, | ) ) ) |
| Plaintiff, | ) Case No.: 2007-CV-6296 ) ) The Honorable Mark Filip |
| vs. | ) ) Mag. Judge Martin C. Ashman |
| MERCURY CAFÉ, INC., | ) ) |
| Defendant. | ) |

## RULE 7.1 DISCLOSURE STATEMENT

Defendant, Mercury Café, Inc. ("Mercury Café"), by its undersigned attorneys and pursuant to FED. R. CIV. P. 7.1, states as follows: (i) Mercury Café has no parent corporation; and (ii) no publicly-held corporation owns 10% or more of Mercury Café's stock.

Dated: December 4, 2007

Respectfully submitted,

MERCURY CAFÉ, INC.

/s/ David S. Almeida
One of Its Attorneys

David S. Almeida
Steven D. Hamilton
DRINKER BIDDLE GARDNER CARTON
(Drinker Biddle & Reath LLP)
191 N. Wacker Drive, Suite 3700
Chicago, IL 60606
(312) 569-1000 (telephone)
(312) 569-3000 (facsimile)

*Attorneys for Mercury Café, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 4, 2007, two copies of the foregoing **Rule 7.1 Disclosure Statement** were filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system. I further caused a copy of the foregoing to be sent via regular U.S. Mail to:

> David M. Jenkins
> Barone & Jenkins, P.C.
> 635 Butterfield Road, Suite 145
> Oakbrook Terrace, IL 60181

/s/ David S. Almeida

CH02/ 22505939.1

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ROBERT D. LATTAS, individually and on behalf of a class, </br></br>  Plaintiff, </br></br> vs. </br></br> MERCURY CAFÉ, INC., </br></br>  Defendant. | Case No.: 2007-CV-6296 </br></br> The Honorable Mark Filip </br></br> Mag. Judge Martin C. Ashman |

**RULE 7.1 DISCLOSURE STATEMENT**

Defendant, Mercury Café, Inc. ("Mercury Café"), by its undersigned attorneys and pursuant to FED. R. CIV. P. 7.1, states as follows: (i) Mercury Café has no parent corporation; and (ii) no publicly-held corporation owns 10% or more of Mercury Café's stock.

Dated: December 4, 2007                    Respectfully submitted,

                                           MERCURY CAFÉ, INC.


                                                   /s/ David S. Almeida
                                                   One of Its Attorneys

                                           David S. Almeida
                                           Steven D. Hamilton
                                           DRINKER BIDDLE GARDNER CARTON
                                           (Drinker Biddle & Reath LLP)
                                           191 N. Wacker Drive, Suite 3700
                                           Chicago, IL 60606
                                           (312) 569-1000 (telephone)
                                           (312) 569-3000 (facsimile)

                                           *Attorneys for Mercury Café, Inc.*