**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ROBERT D. LATTAS, individually and on behalf of a class, | ) ) ) | |
| Plaintiff, | ) ) | Case No.: 2007-CV-6296 |
| vs. | ) ) | The Honorable Mark Filip |
| MERCURY CAFÉ, INC., | ) ) ) | Mag. Judge Martin C. Ashman |
| Defendant. | ) | |

**NOTICE OF MOTION**

To:   David M. Jenkins
   Barone & Jenkins, P.C.
   635 Butterfield Road, Suite 145
   Oakbrook Terrace, IL 60181

**PLEASE TAKE NOTICE** that on Tuesday, December 11, 2007, at 9:30 a.m., or as soon thereafter as counsel may be heard, the attached **Agreed Motion for Enlargement of Time to Respond to Complaint** will be heard before the Honorable Mark Filip, or any other judge sitting in his stead, in Room 1919 of the Everett M. Dirksen Building, Chicago, Illinois, a copy of which is hereby served upon you.

2

Dated: December 4, 2007　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　MERCURY CAFÉ, INC.


　　　　　　　　　　　　　　　　　　　　　　/s/ David S. Almeida
　　　　　　　　　　　　　　　　　　　　　　One of Its Attorneys

　　　　　　　　　　　　　　　　　　　　David S. Almeida
　　　　　　　　　　　　　　　　　　　　Steven D. Hamilton
　　　　　　　　　　　　　　　　　　　　DRINKER BIDDLE GARDNER CARTON
　　　　　　　　　　　　　　　　　　　　(Drinker Biddle & Reath LLP)
　　　　　　　　　　　　　　　　　　　　191 N. Wacker Drive, Suite 3700
　　　　　　　　　　　　　　　　　　　　Chicago, IL 60606
　　　　　　　　　　　　　　　　　　　　(312) 569-1000 (telephone)
　　　　　　　　　　　　　　　　　　　　(312) 569-3000 (facsimile)

　　　　　　　　　　　　　　　　　　　　*Attorneys for Mercury Café, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2007, a copy of the foregoing **Notice of Motion** was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system. I further caused a copy of the foregoing to be sent via regular U.S. Mail to:

David M. Jenkins
Barone & Jenkins, P.C.
635 Butterfield Road, Suite 145
Oakbrook Terrace, IL 60181

                  /s/ David S. Almeida

CH02/ 22505895.1