UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.0**
Eastern Division

Robert D. Lattas
                            Plaintiff,

v.                                           Case No.: 1:07−cv−06296
                                                        Honorable Mark Filip

Mercury Cafe, Inc.
                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 5, 2007:

       MINUTE entry before Judge Mark Filip : MOTION by Defendant Mercury Cafe, Inc. for extension of time [17] to Respond to Complaint is granted to and including 1/3/08.Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.