**FOREI[GN]**

AO 440  (Rev. 05/00) Summons in a Civil Action





# UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Robert D. Lattas, Individually and on behalf
of a class

CASE NUMBER:  07 cv 6296

V.

ASSIGNED JUDGE:

Mercury Cafe, Inc.

DESIGNATED
MAGISTRATE JUDGE:

```
000023-1.1.1 11/13/07 09:50
REF CASE    # 07  006296
   1 FOREIGN WRIT          50.00
   1 MILEAGE               10.00
REF SHERIFF # 070831
CASE TOTAL                 60.00 *
```

TO: (Name and address of Defendant)

c/o Registered Agent, Kathy E. Gilbert
500 N. Michigan Ave., #140
Chicago, IL  60611

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Anthony G. Barone
David M. Jenkins
Barone & Jenkins, P.C.
635 Butterfield Rd., Ste. 145
Oakbrook Terrace, IL 60181

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time
after service.

MICHAEL W. DOBBINS, CLERK

(BY) DEPUTY CLERK

NOV 0 7 2007

DATE

AO 440  (Rev. 05/00)  Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | |
| NAME OF SERVER *(PRINT)* | TITLE | |

| *Check one box below to indicate appropriate method of service* |
|---|

☐  Served personally upon the defendant.  Place where served: _____

_____

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐  Returned unexecuted: _____

_____

_____

☐  Other (specify): _____

_____

_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                Date                *Signature of Server*

                                 _____
                                 *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

TYPE LAW

SHERIFF'S NUMBER 070831-101D CASE NUMBER D7CV6296     DEPUTY:

FILED DT 11-07-2007 RECEIVED DT 11-13-2007 DIE DT 11-28-2007 MULTIPLE SERVICE     1
    DEFENDANT                                          ATTORNEY
MERCURY CAFE, INC.                                     ANTHONY G. BARONE/BARONE & JEN
500 N MICHIGAN AV                                      635 BUTTERFIELD RD.
CHICAGO IL. 60611                                      OAKBROOK TCE. IL. 60181
#140                                                   630 472-0037
PLAINTIFF LATTAS, ROBERT D.

SERVICE INFORMATION: CF   C/O KATHY E. GILBERT, R/A                    FOREIGN

**********************************************************************************
(A)  I CERTIFY THAT I SERVED THIS SUMMONS ON THE DEFENDANT AS FOLLOWS:

.....1 PERSONAL SERVICE:  BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT WITH THE
       NAMED DEFENDANT PERSONALLY.
.....2 SUBSTITUTE SERVICE:  BY LEAVING A COPY OF THE SUMMONS AND A COPY OF THE COMPLAINT
       AT THE DEFENDANT'S USUAL PLACE  OF ABODE WITH SOME PERSON OF THE FAMILY OR A PERSON
       RESIDING THERE, OF THE AGE OF 13 YEARS OR UPWARDS, AND INFORMING THAT PERSON OF
       THE CONTENTS THEREOF. ALSO, A COPY OF THE SUMMONS WAS MAILED ON THE
       _____ DAY OF _____ 20___, IN A SEALED ENVELOPE WITH POSTAGE FULLY
       PREPAID, ADDRESSED TO THE DEFENDANT AT HIS OR HER USUAL PLACE OF ABODE.
       SAID PARTY REFUSED NAME
.....3 SERVICE ON:  CORPORATION _X_ COMPANY ___ BUSINESS ___ PARTNERSHIP _____
       BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT (OR INTERROGATORIES) WITH THE
       REGISTERED AGENT, AUTHORIZED PERSON OR PARTNER  OF THE DEFENDANT.
.....4 CERTIFIED MAIL _____

(B)  THOMAS J. DART, SHERIFF, BY: _____, DEPUTY

    1  SEX __ M/F     RACE W     AGE 45
    2  NAME OF DEFENDANT MERCURY CAFE, INC.
       __ WRIT SERVED ON ___Kathy Gilbert Ra____           FILED
       THIS 15 DAY OF Nov, 2007 TIME 1 12 A.M./P.M.
    ADDITIONAL REMARKS (Checks and Balance)                NOV 30 2007
                                                           NOV 30 2007
                                                           MICHAEL W. DOBBINS
                                                           CLERK, U.S. DISTRICT COURT
**********************************************************************************

THE NAMED DEFENDANT WAS NOT SERVED.

    TYPE OF BLDG ___Office____              ATTEMPTED SERVICES

NEIGHBORS NAME _____        DATE      TIME  A.M./P.M.

    ADDRESS _____        _____  __:__  ____

    REASON NOT SERVED:                _____  __:__  ____
                07 EMPLOYER REFUSAL
__ 01 MOVED     08 RETURNED BY ATTY    _____  __:__  ____
__ 02 NO CONTACT 09 DECEASED
__ 03 EMPTY LOT  10 BLDG DEMOLISHED     _____  __:__  ____
__ 04 NOT LISTED 11 NO REGISTERED AGT.
__ 05 WRONG ADDRESS 12 OTHER REASONS    _____  __:__  ____
__ 06 NO SUCH ADDRESS 13 OUT OF COUNTY
                                        _____  __:__  ____

FEE   .00   MILEAGE    .00   TOTAL    .00                 SG20