## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| ROBERT D. LATTAS, individually and on behalf of a class, )<br>)<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MERCURY CAFÉ, INC., )<br>)<br>Defendant. ) | Case No.: 2007-CV-6296<br><br>The Honorable Mark Filip<br><br>Mag. Judge Martin C. Ashman |

### NOTICE OF MOTION

To:   David M. Jenkins
      Barone & Jenkins, P.C.
      635 Butterfield Road, Suite 145
      Oakbrook Terrace, IL 60181

**PLEASE TAKE NOTICE** that on Thursday, January 3, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, the attached **Agreed Motion for Extension of Time to Respond to Complaint** will be heard before the Honorable Mark Filip, or any other judge sitting in his stead, in Room 1919 of the Everett M. Dirksen Building, Chicago, Illinois, a copy of which is hereby served upon you.

Dated: December 28, 2007         Respectfully submitted,

                                 MERCURY CAFÉ, INC.


                                    /s/ David S. Almeida
                                    One of Its Attorneys

                                 David S. Almeida
                                 Steven D. Hamilton
                                 DRINKER BIDDLE GARDNER CARTON
                                 (Drinker Biddle & Reath LLP)
                                 191 N. Wacker Drive, Suite 3700
                                 Chicago, IL 60606
                                 (312) 569-1000 (telephone)
                                 (312) 569-3000 (facsimile)

                                 *Attorneys for Mercury Café, Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 28, 2007, a copy of the foregoing **Notice of Motion** was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system. I further certify that, on December 28, 2007, I caused a copy of the foregoing to be sent via regular U.S. Mail to:

David M. Jenkins
Barone & Jenkins, P.C.
635 Butterfield Road, Suite 145
Oakbrook Terrace, IL 60181

                                                             /s/ David S. Almeida

CH02/ 22505895.1