# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ROBERT D. LATTAS, individually and on behalf of a class, | )<br>)<br>) Case No.: 2007-CV-6296 |
| Plaintiff, | )<br>) |
| vs. | ) The Honorable Mark Filip<br>)<br>) Mag. Judge Martin C. Ashman |
| MERCURY CAFÉ, INC., | )<br>) |
| Defendant. | ) |

## NOTICE OF MOTION

To: David M. Jenkins
Barone & Jenkins, P.C.
635 Butterfield Road, Suite 145
Oakbrook Terrace, IL 60181

**PLEASE TAKE NOTICE** that on Thursday, February 7, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, the attached **Agreed Motion for Extension of Time to Respond to Complaint** will be heard before the Honorable Mark Filip, or any other judge sitting in his stead, in Room 1919 of the Everett M. Dirksen Building, Chicago, Illinois, a copy of which is hereby served upon you.

Dated: February 4, 2008

Respectfully submitted,

MERCURY CAFÉ, INC.

　　　/s/ David S. Almeida　　
One of Its Attorneys

David S. Almeida
Steven D. Hamilton
DRINKER BIDDLE & REATH LLP
191 N. Wacker Drive, Suite 3700
Chicago, IL 60606
(312) 569-1000 (telephone)
(312) 569-3000 (facsimile)

*Attorneys for Mercury Café, Inc.*

CH02/ 22511579.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 4, 2008, a copy of the foregoing **Notice of Motion** was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

                                              /s/ David S. Almeida