## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Eastern Division

Robert D. Lattas
                    Plaintiff,

v.                                      Case No.: 1:07−cv−06296
                                        Honorable Mark Filip

Mercury Cafe, Inc.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 4, 2008:

MINUTE entry before Judge Mark Filip dated 2/4/08:Agreed Motion for extension of time [16] for defendant Mercury Cafe, Inc., in which to respond to plaintiff's complaint, up to and including 3/5/08, is granted. Motion terminated. The motion hearing set for 2/7/08 is stricken.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.