# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# ORDER OF THE EXECUTIVE COMMITTEE

It appearing that the Hon. Mark Filip will be resigning his commission as a United States District Judge for the Northern District of Illinois and has been appointed by the President of the United States and confirmed by the Senate to serve as Deputy Attorney General of the United States, therefore

It is hereby ordered that the cases comprising Judge Filip's entire pending docket are to be reassigned to other judges of this Court as indicated on the attached list.

ENTER:

FOR THE EXECUTIVE COMMITTEE

_____
James F. Holderman
Chief Judge

Dated at Chicago, Illinois this 6th day of March, 2008.

Cases to be Reassigned from the Hon. Mark Filip
To the Hon. Wayne R. Andersen

| | |
|---|---|
| 1:04-cv-00047 | Walden v. City of Chicago |
| 1:05-cv-03910 | Holm et al v. Village of Coal City, et al. |
| 1:06-cv-05792 | Hughes v. Krause et al. |
| 1:06-cv-07182 | Radziewicz, et al. v. Triad Financial |
| 1:07-cv-03500 | Naik v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 1:07-cv-04490 | Ahmad v. Dart, et al. |
| 1:07-cv-05666 | Dicam, Inc. v. United States Cellular |
| 1:07-cv-05999 | Thomas v. Perez, et al. |

Cases to be Reassigned from the Hon. Mark Filip
To the Hon. Elaine E. Bucklo

| | |
|---|---|
| 1:04-cv-07822 | Davis, et al. v. Hindsley |
| 1:05-cv-02371 | Commision on Massage Therapy v. Lattanzio, et al. |
| 1:06-cv-01465 | Larmena v. Chicago Transit Authority |
| 1:06-cv-02835 | Cravens v. Northeast Illinois Regional RR Corp. |
| 1:07-cv-01336 | Falco, et al. v. Automatic Data Processing, Inc. |
| 1:07-cv-01666 | Cunningham v. Urban Trust Bank, FSB |
| 1:07-cv-04457 | Jones v. Dominick's |
| 1:07-cv-04980 | Herrera v. Sheriff of Cook County, et al. |

Cases to be Reassigned from the Hon. Mark Filip
To the Hon. Ruben Castillo

| | |
|---|---|
| 1:03-cv-08289 | Jackson v. City of Chicago, et al. |
| 1:05-cv-07126 | Federal Insurance Co v. First Mutual Bancorp of IL |
| 1:06-cv-04183 | Seamon v. Doe |
| 1:07-cv-00943 | Wellpoint Health Networks et al v John Hancock Life Ins |
| 1:07-cv-01831 | Barone et al v. Cooke, et al. |
| 1:07-cv-04114 | Alvarado v. Alliance Grove |
| 1:07-cv-04833 | Krog v. Sheet Metal Workers' Local Union 265 |
| 1:07-cv-06337 | Campbell v. Haberkorn et al |

Cases to be Reassigned from the Hon. Mark Filip
To the Hon. David H. Coar

| | |
|---|---|
| 1:05-cv-01687 | Abercrombie v. Argent Mortgage Co |
| 1:06-cv-00448 | Stock v. Uchtman, et al. |
| 1:06-cr-00495 | United States v. Jordan |
| 1:06-cv-03479 | Brown v. Bartley, et al. |
| 1:07-cv-03562 | Porter v. United Global National |
| 1:07-cv-03921 | Earnsmuth v. Village Of Lansing |

```
1:07-cv-05808    Marsh et al v. ATM Capital Management
1:07-cv-06251    Jones v. City of Chicago, et al.
```

Cases to be Reassigned from the Hon. Mark Filip
To the Hon. Suzanne B. Conlon

```
1:03-cv-07767    Grand Pier Center v. MCL Companies
1:06-cv-05987    Chicago Truck Drivers, Helpers and W
1:06-cv-06280    McCready v. Hollywood Collision Center
1:07-cv-01175    Kasper v. Tricam Industries, Inc et al.
```

Cases to be Reassigned from the Hon. Mark Filip
To the Hon. John W. Darrah

```
1:04-cv-01798    Vazquez v. Central St Joint
1:06-cv-00259    Evans v. Pierce, et al.
1:06-cv-02505    Elrod v. Yerke, et al.
1:06-cv-06302    Fednav International Ltd. v. Continental Ins
1:07-cv-03042    Dugan et al v. JLA & Sons Construction
1:07-cv-04132    Tadros et al v. Village of Hazel Crest
1:07-cv-05127    Suggs v. Superior Uniform Group, Inc
1:07-cv-06154    Lenzen v. Legal Advantage, LLC et al.
```

Cases to be Reassigned from the Hon. Mark Filip
To the Hon. Samuel Der-Yeghiayan

```
1:00-cr-00891    United States v. Davlantis
1:04-cv-04159    Mendez v. Perla Dental, et al.
1:05-cv-02933    Nilssen et al v. Magnetek, Inc.
1:05-cv-04620    Kodish v. Oakbrook Terrace Fire Protection
1:06-cv-05121    Jenkins v. Awya
1:06-cv-06139    Wire v. Harrah's Indiana Casino Corp
1:07-cv-02652    Martinez et al v. PNJ, Inc., et al.
1:07-cv-04160    Borom v. Sheriff of Will County, et al.
```

Cases to be Reassigned from the Hon. Mark Filip
To the Hon. Robert M. Dow, Jr.

```
1:04-cv-03123    ABN AMRO Inc v. Capital Intl Ltd
1:04-cv-03332    White v. Liebach
1:05-cv-03123    Gartman v. Uchtman, et al.
1:06-cv-05262    Blythe Holdings Inc., et al. v. Flawles
1:07-cv-00666    Phillips v. Allen, et al.
1:07-cv-02883    Kids Hope USA, Inc. v. Kids Hope United
```

| | |
|---|---|
| 1:07-cv-04482 | Sizemore v. Value City Department Store |
| 1:07-cv-05945 | Trempe v. HBLC, Inc., et al. |

Cases to be Reassigned from the Hon. Mark Filip
To the Hon. Robert W. Gettleman

| | |
|---|---|
| 1:03-cv-06508 | Freedom Mtge Corp v. Burnham Mtge Ins. |
| 1:05-cv-07213 | Wachovia v. Nola |
| 1:06-cv-01383 | Babb v. Merisant USA, Inc. |
| 1:06-cv-03048 | Harris et al v. Town & Country Credit |
| 1:07-cv-00411 | TFI Holdings, Inc. et al v. Whitesell Corp. |
| 1:07-cv-01812 | Burns v. Edwards LifeSciences Corp. |
| 1:07-cv-05407 | Brown v. Deleon et al |
| 1:07-cv-06112 | Martinez v. Haleas et al |

Cases to be Reassigned from the Hon. Mark Filip
To the Hon. Joan B. Gottschall

| | |
|---|---|
| 1:05-cv-01095 | Heico Companies LLC et al v. Factory Mutual Ins |
| 1:05-cv-05966 | Christoph v. BCA, LLC et al |
| 1:06-cv-03132 | Sommerfield v. City of Chicago et al |
| 1:07-cv-00938 | Berlin Packaging LLC v. El Paso Chile Co. |
| 1:07-cv-02343 | Akpulonu v. Cook County et al. |
| 1:07-cv-03620 | Phillips vs Taco Bell Corp et al. |
| 1:07-cv-05811 | Sedrick v. All Pro Logistics, LLC et al. |
| 1:07-cv-06081 | Hornsby v. Crown Castle GT Company et al. |

Cases to be Reassigned from the Hon. Mark Filip
To the Hon. Ronald A. Guzman

| | |
|---|---|
| 1:04-cv-00286 | Imtiazuddin v. Wells Fargo Fin Acpt |
| 1:06-cv-01694 | Travelers Casualty & Surety Company |
| 1:06-cv-05399 | Hodgdon v. Northwestern University |
| 1:07-cv-01004 | Zatos v. Village Of Palatine et al |
| 1:07-cv-03150 | Stewart v. Union of Elevator Constructors Local 2, et al. |
| 1:07-cv-03741 | Howard v. Foot Locker Retail, Inc. |
| 1:07-cv-05794 | Smith v. Tomaska et al |
| 1:07-cv-05823 | Hancock et al v. McGill Construction |

Cases to be Reassigned from the Hon. Mark Filip
To the Hon. William J. Hibbler

| | |
|---|---|
| 1:01-cv-04898 | Ruffin v. Kane County Sheriff's Department |
| 1:04-cv-03742 | Simmons v. City of Chicago |
| 1:05-cv-04548 | Ajuluchuku v. Boeing |

1:06-cv-04459 Tanita Corporation of America Inc v.Befour, Inc.
1:07-cv-00941 HSBC Mortgage Services Inc. v. David Piccinini, et al.

    Cases to be Reassigned from the Hon. Mark Filip
    To the Hon. James F. Holderman

1:04-cv-06371 Booker v. City of Chicago
1:05-cv-05244 Caples v. Amistad America Inc
1:06-cv-04585 Gill et al v. Milton et al
1:07-cv-01018 In Re: CitiFinancial Services Inc. (MDL 1818)
    1:05-cv-02263 Hernandez v. CitiFinancial Services, Inc.
    1:07-cv-01019 Chudzikiewicz v. CitiFinancial Services, Inc.
    1:07-cv-01020 Barrett v. CitiFinancial Services, Inc.
    1:07-cv-01021 Forrest v. CitiFinancial, Inc.
    1:07-cv-01146 Hecht v. CitiFinancial Services, Inc.
    1:07-cv-03059 Daniel v. CitiFinancial Services, Inc.
    1:07-cv-03060 Wilson v. CitiFinancial Services
    1:07-cv-03216 Sikes v. CitiFinancial Services, Inc.
    1:07-cv-03217 Matz v. CitiFinancial Services, Inc.
    1:07-cv-04260 Schwartz v. CitiFinancial, Inc.

    Cases to be Reassigned from the Hon. Mark Filip
    To the Hon. Virginia M. Kendall

1:05-cv-00457 Comm 2000, LLC et al v. Southwestern
1:06-cv-00301 Coleman et al v. County of DuPage et al.
1:06-cv-00676 Homewood Flossmoor Bd of Ed. V. Illinois Bd of Ed
1:06-cv-03173 Paine v. City of Chicago et al
1:07-cv-01816 Dolis v. Chambers et al
1:07-cv-03144 Comerica Bank v. Luna
1:07-cv-04278 ExxonMobil Oil Corporation v. Amex Corp
1:07-cv-05241 Thomas v. Stoudt et al

    Cases to be Reassigned from the Hon. Mark Filip
    To the Hon. Matthew F. Kennelly

1:05-cv-03082 Amakua Development LLC v. Warner et al.
1:06-cv-00777 Pettis v. Village of Riverdale et al
1:06-cv-05611 Liquid Dynamics Corporation v. Vaughn Co.
1:06-cv-06811 Stearney v. Harmon
1:07-cv-02970 Shales et al v. Lanas Construction
1:07-cv-03732 Wausau Business Insurance Company v. Fisher Printing
1:07-cv-04797 Noack v. Time Insurance Co., Inc
1:07-cv-06033 Massey et al v. Wright et

Cases to be Reassigned from the Hon. Mark Filip
To the Hon. Joan H. Lefkow

| Case No. | Case Name |
|---|---|
| 1:03-cv-04388 | Williams v. City of Chicago |
| 1:05-cv-06925 | Harden v. Bethesda Lutheran Homes |
| 1:06-cv-02678 | Govern v. City of Chicago |
| 1:06-cv-07168 | Western Railway Devices Corp. v. Heil Insurance |
| 1:07-cv-01753 | S. P. Richards Company v. Business Supply Corp |
| 1:07-cv-03860 | Laborers' Pension Fund et al v. Surf |
| 1:07-cv-05145 | Velez v. American Airlines, Inc. |
| 1:07-cv-05910 | Blackwell v. City of Chicago |

Cases to be Reassigned from the Hon. Mark Filip
To the Hon. Harry D. Leinenweber

| Case No. | Case Name |
|---|---|
| 1:05-cv-02001 | Kaplan v. City Of Chicago |
| 1:06-cv-00398 | Blair v. Cub Shaver Imports Bradley, |
| 1:06-cv-03916 | Boyle v. Liberty Mutual Insurance Co |
| 1:07-cv-00386 | Lumbermens Mutual v Broadspire Management |
| 1:07-cv-02751 | Soltis et al v. Adams et al |

Cases to be Reassigned from the Hon. Mark Filip
To the Hon. Blanche M. Manning

| Case No. | Case Name |
|---|---|
| 1:05-cv-02400 | Eisenmann Corp v. Plastech Engineered Products |
| 1:06-cv-03415 | Breakwater Trading LLC v. Herz et al |
| 1:06-cv-03899 | Estate of Mame Abdersnon v. St Joseph Hospital, et al. |
| 1:06-cv-06424 | Semitekol et al v. Monaco Coach Corp |
| 1:07-cv-03172 | Taylor v. Exxon Mobil Corporation et al. |
| 1:07-cv-03694 | Gholson et al v. Lewis et al |
| 1:07-cv-05728 | Grays v. Joliet Junior College et al |
| 1:07-cv-06039 | Pena v. New Rogers Pontiac, Inc. et al. |

Cases to be Reassigned from the Hon. Mark Filip
To the Hon. James B. Moran

| Case No. | Case Name |
|---|---|
| 1:03-cv-02009 | Lieberman v. Budz |
| 1:05-cv-06698 | Seidel v. Byron et al |
| 1:06-cv-03135 | Enriquez et al v. U.S. Cellular et al. |
| 1:07-cv-00005 | Jenkins v. Wheeler et al. |

Cases to be Reassigned from the Hon. Mark Filip
To the Hon. Charles R. Norgle

| Case No. | Case Name |
|---|---|
| 1:05-cv-02375 | Delara v. Federal Express Corp |
| 1:05-cv-06292 | Viereckl v. Ramsey, et al. |

```
1:06-cv-02558    Empire Fire & Marine Insurance
1:07-cv-01595    Lengerich et al v. Columbia College
1:07-cv-01840    DePaola et al v. C I Host, Inc et al
1:07-cv-04516    Vukovich v. Family Dollar
1:07-cv-05444    Divine Masonry, Inc. et al v. Illinois
       1:07-cv-05729    Popiel et al v. Illinois District Co
1:07-cv-06056    Keeven v. Leading Edge Recovery Solutions
```

Cases to be Reassigned from the Hon. Mark Filip
To the Hon. Rebecca R. Pallmeyer

```
1:06-cv-01165    Budde v. Kane County Forest Preserve
1:06-cv-04803    JP Morgan Chase Bank v. Heritage Nursing Care
1:06-cv-06550    Araujo v. McDonald's Corporation
1:07-cv-02729    Penny v. Hurt et al
1:07-cv-04521    Mellet v. Village of Norridge
1:07-cv-05764    Central States Pension Fund v. Ohio Teamsters
1:07-cv-05836    Owen v. Choicepoint Workplace Solutions
```

Cases to be Reassigned from the Hon. Mark Filip
To the Hon. Milton I. Shadur

```
1:04-cv-01851    Premiun Plus Prt v. Davis
1:05-cv-04074    In Re Egan Marine Corp
1:06-cv-05352    Johnson v. Battaglia et al
1:06-cv-06722    Galtney v. Daley et al
1:07-cv-01852    Prendergast v. Chemical Personnel Service
1:07-cv-04234    Biopolymerengineering, Inc. et al v. Biorgin
1:07-cv-05092    Zoretic et al v. Zimmer Inc. et al
1:07-cv-06296    Lattas v. Mercury Cafe, Inc.
```

Cases to be Reassigned from the Hon. Mark Filip
To the Hon. Amy J. St. Eve

```
1:05-cv-00607    Moss v. City of Chicago et al
1:05-cv-07290    Mosley v. McDonald's Corporation et al.
1:06-cv-00719    Cole v. DKBM
1:06-cv-02768    Raube v. American Airlines, Inc.
1:07-cv-00850    Martinez v. Ingraffia et al
1:07-cv-02933    Harris et al v. Village of Dolton et al.
1:07-cv-03990    Adelman v. Security Life of Denver
1:07-cv-05360    Rivera et al v. Alliance Window Cleaning, Inc et al.
```

Cases to be Reassigned from the Hon. Mark Filip
To the Hon. James B. Zagel

| | |
|---|---|
| 1:05-cv-03255 | Holland v. City Chicago et al |
| 1:05-cv-05697 | Beary Landscaping, et al. v. Ludwig |
| 1:07-cv-03339 | BorgWarner Inc. et al v. Hilite International, Inc. et al. |
| 1:07-cv-04008 | Stevenson v. Cook County Department or Corrections |
| 1:07-cv-05272 | Connolly v. First Personal Bank |
| 1:07-cv-06032 | Second National Bank of Warren v. Szpindor |
| 1:07-cv-06435 | Franklin et al v. Law Enforcement Syystems |
| 1:07-cv-06473 | Butler v. Village of Bellwood |