## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Eastern Division

Robert D. Lattas
                    Plaintiff,

v.                                        Case No.: 1:07−cv−06296
                                                      Honorable Milton I. Shadur

Mercury Cafe, Inc.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 13, 2008:

      MINUTE entry before Judge Milton I. Shadur :This action has recently been reassigned to this Court's calendar from that of its former colleague Honorable Mark Filip. It is set for aStatus hearing on 4/10/2008 at 09:00 AM., at which time counsel should be prepared to advise this Court briefly of the current posture of the case.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.