Order Form (01/2005)



# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6296 | **DATE** | 5/28/2008 |
| **CASE TITLE** | Robert D. Lattas vs. Mercury Café, Inc. | | |

**DOCKET ENTRY TEXT**

Enter Agreed Order of Dismissal with Prejudice. This action is hereby dismissed with prejudice with each party to the Settlement Agreement to bear their own attorneys' fees and costs.

■ [ For further detail see separate order(s).]

Docketing to mail notices.



| | Courtroom Deputy Initials. | SN |
|---|---|---|