

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT D. LATTAS, individually and on behalf of a class,<br><br>    Plaintiff,<br><br>vs.<br><br>MERCURY CAFÉ, INC.,<br><br>    Defendant. | Case No.: 2007-CV-6296<br><br>The Hon. Milton I. Shadur<br><br>Mag. Judge Martin C. Ashman |

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

This matter coming on for hearing by the agreement of the parties, on the motion of Plaintiff, Robert D. Lattas ("Lattas"), for dismissal of the Complaint with prejudice pursuant to settlement (the "Motion"), this Court having considered the Motion and being duly advised in the premises,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:**

1. The Court has jurisdiction over the subject matter of the Litigation, Robert D. Lattas, and Mercury Café, Inc. ("Mercury Café").

2. This matter is hereby dismissed with prejudice with each party to the Settlement Agreement to bear their own attorneys' fees and costs.

3. Neither this Dismissal Order, the Settlement Agreement, nor any act performed or document executed pursuant to or in furtherance of the Settlement Agreement: (i) is or may be deemed to be or may be used as an admission of, or evidence of, the validity of any claim, or of any wrongdoing or liability of Mercury Café; or (ii) is or may be deemed to be or may be used as an admission of, or evidence of, any fault or omission of Mercury Café in any civil, criminal or administrative proceeding in any court, administrative agency or other tribunal; or (iii) is or may

be deemed to be construed as affecting any person who may have been the member of any class had class certification been sought or approved.

IT IS SO ORDERED.

DATED: *May 28, 2008*

_____
The Honorable Milton I. Shadur
United States District Court Judge

CH02/ 22517421.1